**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**TERESA D. GHEEN,**

    **Plaintiff,**

  v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

      **Case No. 2:15-cv-792
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court for consideration of the parties' October 1, 2015 Joint Stipulation to Remand to the Commissioner.  (ECF No. 14.)  Construing the stipulation as a joint motion, the Court **GRANTS** the motion, **REVERSES** the Commissioner's decision, and **REMANDS** the case pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings.  The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

            /s/   Gregory L. Frost
            GREGORY L. FROST
            UNITED STATES DISTRICT JUDGE