UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TERESA D. GHEEN,

       Plaintiff,                                   Case No. 2:15-cv-792
                                                      JUDGE GREGORY L. FROST
   v.                                                  Magistrate Judge Elizabeth P. Deavers

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

## ORDER

On December 22, 2015, the parties filed a joint stipulation for an award of attorney's fees under the Equal Access to Justice Act.  (ECF No. 17.)  This Court accepts the joint stipulation and awards Plaintiff attorney's fees and expenses in the amount of $2,719.25.  The parties shall coordinate the payment of the award as set forth in the joint stipulation.

    **IT IS SO ORDERED.**

                                                      /s/ Gregory L. Frost
                                                   GREGORY L. FROST
                                                   UNITED STATES DISTRICT JUDGE